UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
           -against-                    :
                                        :          19 CR 522   (VB)
Robert Stephens                         :
                    Defendant.          :
-------------------------------------------------x

**ORDER ACCEPTING PLEA ALLOCUTION**

The Court has reviewed the transcript of the guilty plea allocution in the above-entitled

case, the charging papers, and all other pertinent parts of the record.  The Report and

Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated

July 17, 2019 , is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated 8-30-19 9|3|2019
         White Plains, NY

                                SO ORDERED.

                                _____
                                Vincent L. Briccetti
                                United States District Judge