

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 3, 2019

**By ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:   *United States v. Robert Stephens*, 19-cr-522 (VB)

Dear Judge Briccetti:

    The Government writes, with the consent of defense counsel, to request an adjournment of sentencing in this matter, which is currently scheduled for October 17, 2019.  The Government has not previously sought an adjournment of the sentencing date.  The Government is seeking an adjournment in order to obtain additional information from the victims in this case regarding the restitution to which they are entitled.  The parties request that the sentencing in this matter be adjourned to December 9, 2019 at 9:30 AM.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    By:    /s/ Christopher D. Brumwell
           Christopher D. Brumwell
           Assistant United States Attorney
           Tel:  (914) 993-1966

cc:    Jason Ser, Esq.